# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-3 7105 CORPORATE DRIVE PLANO, TX 75024 | : No. 622 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>:<br>:<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| VIOLETTE BREA, 147 NORTH DAWES AVENUE, KINGSTON, PA 18704-5705 | :<br>:<br>: |
| PETITION OF: VIOLETTE BREA | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.